UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22814-ALTONAGA/REID

CARLOS MORERA,

        Plaintiff,

v.

UNITED HEALTHCARE
INSURANCE COMPANY,

        Defendant.
_____/

## JOINT MEDIATION REPORT

Pursuant to the Court's Order Setting Bench Trial and Pre-Trial Schedule [ECF No. 12] and Order Scheduling Mediation [ECF No. 22], Plaintiff Carlos Morera and Defendant United Healthcare Insurance Company (collectively, the "Parties") respectfully submit this Joint Mediation Report. The Parties appeared before Harry Schafer, Esq. on December 3, 2024 and participated in mediation. While the Parties do not have an agreement to resolve this case, discussions are ongoing.

Mr. Schafer has reviewed this report and approves of its form and contents.

Date: December 3, 2024.                                        Respectfully submitted,

| **HOGAN LOVELLS US LLP** | **COLSON HICKS EIDSON, P.A.** |
|---|---|
| By: */s/ Allen P. Pegg* <br> Allen P. Pegg <br> Florida Bar No.: 597821 <br> allen.pegg@hoganlovells.com <br> 600 Brickell Avenue <br> Suite 2700 <br> Miami, Florida 33131 <br> Telephone: (305) 459-6500 <br> Facsimile: (305) 459-6550 | By: */s/ Stephanie A. Casey* <br> Stephanie A. Casey <br> Florida Bar No. 97483 <br> scasey@colson.com <br> 255 Alhambra Circle, Penthouse <br> Coral Gables, Florida 33134 <br> Telephone: (305) 476-7400 <br> Facsimile: (305) 476-7444 <br><br> *Attorneys for Plaintiff Carlos Morera* |

Jordan D. Teti
Admitted Pro Hac Vice
jordan.teti@hoganlovells.com
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone:     (310) 785-4600
Facsimile:      (310) 785-4601

*Attorneys for Defendant UnitedHealthcare Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, the foregoing was delivered electronically to all counsel of record.

*/s/ Allen P. Pegg*